IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 08-0335
 ((((((((((((((((

 KIRK WAYNE MCBRIDE, SR., Petitioner

 v.

 TEXAS BOARD OF PARDONS AND PAROLES, AND RESSIE OWENS, CHAIRMAN, Respondents

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The case is abated until further order of this Court and is
removed from the Court's active docket. This premature appeal is abated
under Tex. R. App. P. 27.2, to allow the trial court to consider rendering
an order making the judgment final.
 Done at the City of Austin, this 9th day of January 2009.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk